# UNITED STATES DISTRICT COURT
## District Court of Rhode Island

| | | |
|---|---|---|
| Metropolitan Life Insurance Company,<br>*Plaintiff,* | : <br> : <br> : | |
| v. | : <br> : | C.A. No. 1:23-cv-00098-MSM-LDA |
| | : <br> : | |
| Sharon Ann McDonald, Shelley A.<br>McDonald, and Thomas J. McDonald,<br>*Defendants.* | : <br> : <br> : <br> : | |

## OFFER OF JUDGMENT

TO:  Michael LePizzera, Esq.

LePizzera & Laprocina

Counselors at Law, LTD

117 Metro Center Blvd.

Warwick, RI  02889

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Co-Defendant Sharon McDonald, offers to allow judgment entered against her on Crossclaim as follows:

     Crossclaimant Thomas McDonald shall receive 15% of proceeds from Life Insurance Policy which is subject of this action.

     Crossclaimant Shelley McDonald shall receive 15% of proceeds from Life Insurance Policy which is subject of this action.

     Crossclaimant Sharon Ann McDonald shall receive 70% of proceeds from Life Insurance Policy which is subject of this action.

This offer of judgment is made for the purposes specified in Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant, Sharon McDonald is liable in this action or that the Codefendants, have suffered any damage.

In exchange, Codefendants shall issue a release of all liability. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs. The offer shall also include any and all attorneys' fees and costs whatsoever being born by the respective party.

Respectfully Submitted,

BY: _____

S. Paul Ryan, Esq.

S. Paul Ryan (#2264)
201 Washington Road
Barrington, RI  02806
(401)-289-0184
spryan@eplaw.necoxmail.com

Dated: December 15, 2023

## **CERTIFICATE OF SERVICE**

I, S. Paul Ryan, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF).


/s/ S. Paul Ryan_____