UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Metropolitan Life Insurance Company
        <u>Plaintiff</u>

      vs.                        Civil Action No. 1:23-cv-00098

Sharon Ann McDonald, Shelley A. McDonald
and Thomas J. McDonald
        <u>Defendants</u>

## CONSENT JUDGMENT

By agreement of all parties to this action, Judgment shall enter as follows in this action:

1.     This is an interpleader action initiated by plaintiff Metropolitan Life Insurance Company ("plaintiff" or "MetLife") against defendants Sharon Ann McDonald ("Sharon"), Shelley A. McDonald ("Shelley") and Thomas J. McDonald ("Thomas") concerning certain life insurance proceeds which became payable upon the death of James E. McDonald ("Decedent") to the beneficiaries identified on the MetLife life insurance policy bearing Policy Number 90420884 UL issued to the Decedent during his lifetime (the "Policy").

2.     Upon the passing of the Decedent, a dispute arose amongst Sharon, Shelly and Thomas as the potential claimant beneficiaries under the Policy with each claiming a right to some or all of the life insurance proceeds payable under the Policy which resulted in MetLife filing the subject interpleader action.

3.     Plaintiff has deposited the sum of $245,419.18 with the Court Registry (the "Interpleaded Funds") pursuant to an Order entered by this Court on January 18, 2024 (the "Order"). <u>See</u> Doc. 20.

4.     The Order further dismissed with prejudice MetLife as a party to this action and released and discharged MetLife from any and all liability of any kind or nature whatsoever

1

regarding the Policy leaving Sharon, Shelley and Thomas as the sole remaining parties to this action making claim to the Interpleaded Funds. See Doc. 20.

5. Sharon, Shelley and Thomas have agreed to resolve their dispute over the Interpleaded Funds as follows:

  i. Sharon shall receive seventy percent (70%) of the total funds held by the Clerk in the Court Registry at the time the Clerk distributes the funds pursuant to this Consent Judgment. The funds payable to Sharon shall be made payable to S. Paul Ryan, attorney for Sharon McDonald and delivered to S. Paul Ryan, Esq. 201 Washington Road, Barrington, Rhode Island 02806;

  ii. Shelly shall receive fifteen percent (15%) of the total funds held by the Clerk in the Court Registry at the time the Clerk distributes the funds pursuant to this Consent Judgment. The funds payable to Shelley shall be made payable to Lepizzera & Laprocina, attorneys for Shelley McDonald and delivered to Michael J. Lepizzera, Jr., Esq., Lepizzera & Laprocina Counsellors at Law, Ltd., 117 Metro Center Blvd. Suite 2001, Warwick, Rhode Island 02886; and

  iii. Thomas shall receive fifteen percent (15%) of the total funds held by the Clerk in the Court Registry at the time the Clerk distributes the funds pursuant to this Consent Judgment. The funds payable to Thomas shall be made payable to Lepizzera & Laprocina, attorney for Thomas McDonald and delivered to Michael J. Lepizzera, Jr., Esq., Lepizzera & Laprocina Counsellors at Law, Ltd., 117 Metro Center Blvd. Suite 2001, Warwick, Rhode Island 02886; and

6.	The respective crossclaims shall be dismissed with prejudice with each party responsible for their respective attorney's fees.

7.	The Clerk of the Court is directed to distribute said funds held in the Court Registry as set forth above in this Consent Judgment.

SO ORDERED,

DATED: 2/22/2024

_____
HON. MARY S. McELROY

Defendants,
Thomas J. McDonald and
Shelley A. McDonald
By and through their attorneys,

*/s/ Michael J. Lepizzera, Jr.*
Michael J. Lepizzera, Jr. (#4995)
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6960
Email: mlepizzera@leplap.com


Defendant,
Sharon McDonald
By her Attorneys,

/s/ S. Paul Ryan
S. Paul Ryan, Esq. (#2264)
201 Washington Road
Barrington, Rhode Island 02806
(401)-289-0184
spryan@eplaw.necoxmail.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                  ***/s/ Michael J. Lepizzera, Jr.***
                                                  Michael J. Lepizzera, Jr.